M. FRANCIS MALONE, Appellant, v. STATE OF NEW YORK, Respondent.   (Claim No. 32327.)

Argued November 18, 1955; decided November 30, 1955.

*Jacob K. Javits, Attorney-General (James O. Moore, Jr.,* and *John R. Davison* of counsel), for motion.

*M. Francis Malone,* appellant in person, opposed.

Appeal dismissed upon the ground that no constitutional question is directly involved (Civ. Prac. Act, § 588, subd. 1, par. [a]).